FILED

2026 Feb-03  PM 02:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of Alabama

| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | Mag. No. 26-50 |
| Homero Ramos | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 5, 2024__ in the county of __Marion__ in the __Northern__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 52 U.S.C. 20511(2)(B) | Fraudulent Voting |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

JARED B
PICCHIOTTIN
O

Digitally signed by
JARED B
PICCHIOTTINO
Date: 2026.02.17
11:19:19 -06'00'

_Complainant's signature_

Jared Picchiottino, Special Agent, HSI

_Printed name and title_

Sworn to before me and signed in my presence.

Date: __02/17/2026__

_Judge's signature_

City and state: __Birmingham, Alabama__

John H. England, III, U.S. Magistrate Judge

_Printed name and title_

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jared Picchiottino, being first duly sworn, depose and say:

1.      I am a Special Agent with Homeland Security Investigations (HSI) and have been so employed since July 2018. I am currently assigned to the HSI-led North Alabama Homeland Security Task Force (HSTF) in Huntsville, Alabama.  As a HSI Special Agent, I am authorized to conduct investigations, carry firearms, execute and serve search, seizure, and arrest warrants, make warrantless arrests, administer oaths, require and receive information relating to offenses against the United States, and take other actions as authorized by law.

2.      Prior to becoming a HSI Special Agent, I completed six months of training at the Federal Law Enforcement Training Center (FLETC), which included the Criminal Investigator Training Program (CITP) and HSI Special Agent Training.  This training included several hundred hours of comprehensive, formalized instruction in, but not limited to, narcotics investigations, drug identification, detection, interdiction, financial investigations and money laundering, identification and seizure of drug-related assets, undercover operations, and electronic and physical surveillance procedures.

3.      During the course of my employment as a HSI Special Agent, I have primarily focused on investigating violations of federal controlled substance laws and, to that end, have participated in dozens of narcotics investigations either as a

case agent, co-case agent, or in a supporting role. In the course of such investigations, I have debriefed defendants, confidential sources, and witnesses who had personal knowledge regarding narcotics trafficking organizations. I have also participated in many aspects of drug investigations, including, but not limited to, undercover operations, telephone toll analysis, records research, and physical and electronic surveillance. I have also initiated and/or participated in court-ordered wiretap investigations, and I have participated in the execution of numerous federal and state narcotics search and arrest warrants that resulted in the arrest of suspects and seizure of narcotics and firearms. In addition, I have attended seminars and courses on money laundering and advanced financial and internet investigations related to drug trafficking

4.    However, in my capacity as a HSI Special Agent, I am not solely tasked with investigating criminal violations of federal controlled substance laws; rather, I am responsible for the investigation of transnational crime more generally, including criminal violations of federal law involving issues of immigration and citizenship.

5.    The facts in this affidavit come from my personal observations, my training and experience, the training and experience of other agents and officers, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6.    Based on my training, experience, and the facts set forth in this Affidavit, I believe there is probable cause to establish that Homero Ramos committed violations of 52 U.S.C. § 20511(2)(B) (Fraudulent Voting).[1]

PROBABLE CAUSE

7.    On January 9, 2026, the Alabama Secretary of State's Office referred a number of potential cases of non-citizen voting to the United States Attorney's Office for the Northern District of Alabama and, shortly thereafter, the U.S. Attorney's Office requested HSI's assistance in investigating such referrals.

8.    One of the referrals concerned Homero Ramos, a Marion County resident who voted in Alabama's 2022 and 2024 general elections, per voting records maintained by the Alabama Secretary of State.

9.    I began my investigation into Ramos by confirming his citizenship status.  In particular, based on my review of government databases, I was able to confirm that Ramos is not a United States citizen; rather, he is a citizen of Mexico and a lawful permanent resident of the United States.

---

[1] 52 U.S.C. § 20511(2)(B) ("A person, including an election official, who in any election for federal office . . . knowingly and willfully deprives, defrauds, or attempts to deprive or defraud the residents of a State of a fair and impartially conducted election process, by . . . the procurement, casting, or tabulation of ballots that are known by the person to be materially false, fictitious, or fraudulent under the laws of the State in which the election is held, shall be fined in accordance with Title 18 . . . , or imprisoned not more than 5 years, or both."); Ala. Const. Art. VIII, § 177(a) ("Only a citizen of the United States . . . shall have the right to vote in the county of his or her residence.").

10.    I also reviewed the aforementioned voting records maintained by the Alabama Secretary of State, as well as polling-place sign-in sheets maintained by the Probate Court of Marion County, which reflected that Ramos had signed in to vote in Alabama's 2022 and 2024 general elections.

11.    I also confirmed via internet research that Alabama's 2022 and 2024 general elections – which were held on November 8, 2022 and November 5, 2024, respectively – each included at least one race for federal office.

12.    Finally, on February 4, 2026, I conducted an in-person interview with Ramos, along with HSI Special Agent Luis Gutierrez and IRS-CI Special Agent Bonnie McCormick.  The majority of the interview was conducted in English, but some of the questions were clarified in Spanish through translation by Special Agent Gutierrez.

13.    During the interview, Ramos admitted that he is not a citizen of the United States, but, rather, is a citizen of Mexico and a permanent resident of the United States.

14.    Ramos further admitted that he knew he could not vote in elections because he is not a citizen, but he nevertheless voted in two elections.  Ramos initially suggested that he had voted in 2023 and 2025, but, when asked by agents if the elections could have been in 2022 and 2024, he acknowledged that was possible.

15.     Ramos also described the process of registering to vote, saying he went to register with two of his associates, who said they could help him register to vote in Marion County.  Ramos stated that he did not tell anyone at the voter registration location that he was not a United States citizen, but, rather, simply showed them his Alabama driver's license.

16.     Ramos further stated that each time he voted he signed his name on an electronic pen pad.  After being shown copies of his signature from the polling-place sign-in sheets for Alabama's 2022 and 2024 general elections, Ramos admitted that the signature from 2022 was his signature, but would not fully claim the signature from 2024, even though he acknowledged that it looked like his signature.

## CONCLUSION

17.     Based on my training, experience, and the facts stated above, I believe there is probable cause to establish that Homero Ramos is in violation of 52 U.S.C. § 20511(2)(B) (Fraudulent Voting).

JARED B PICCHIOTTINO
Digitally signed by JARED B PICCHIOTTINO
Date: 2026.02.17 11:20:15 -06'00'

_____
Jared Picchiottino
Special Agent, HSI

Sworn to telephonically and subscribed electronically before me this the 17th day of February 2026.

_____
John H. England, III
United States Magistrate Judge