**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
<u>JASPER DIVISION</u>**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Mag. No. 26-50 |
| | ) |
| **HOMERO RAMOS** | ) |

<u>**MOTION TO SEAL COMPLAINT**</u>

The United States respectfully requests that the Court seal the complaint that it issued in the above-styled case.

The basis for this request is that the United States has asked for a warrant for the Defendant's arrest. To ensure officer safety and the timely arrest of the Defendant, the United States moves this Court to:

(1)   Seal the complaint issued against the Defendant until the Defendant's arrest;

(2)   Authorize the United States Marshals Service to provide to the investigating agency the documentation necessary to effect and secure the Defendant's arrest; and

(3)   Authorize the investigating agency that obtained the arrest warrant to enter the arrest warrant into NCIC itself, or, if the investigating agency delegates apprehension authority to the United States Marshals Service, authorize the United States Marshals Service to enter the arrest warrant into NCIC, to aid in apprehending the Defendant.

The United States further requests that upon the arrest of the Defendant, the U.S. Attorney's office shall notify by email the Criminal Help Desk in the office of the Clerk of Court and the complaint shall be automatically UNSEALED without further request from the United States.

Respectfully submitted this the 17th day of February, 2026.

PRIM F. ESCALONA
United States Attorney


*/s/ Brett A. Janich*
BRETT A. JANICH
Assistant United States Attorney