FILED

2026 Feb-17  PM 02:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## <u>JASPER DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) **Mag. No. 26-50** |
| | ) |
| **HOMERO RAMOS** | ) |

## <u>ORDER</u>

**THIS MATTER** having come before the Court pursuant to the United States's written **MOTION TO SEAL COMPLAINT**, and the Court being fully advised and satisfied, the Court finds that the interests of justice require that the United States's **MOTION TO SEAL COMPLAINT** be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Complaint, Arrest Warrant, all accompanying documents, the Motion to Seal, and this Order in the above-styled and numbered case, are hereby **ORDERED** sealed, except that the District Court shall deliver copies of these documents to the United States Attorney's Office, the United States Marshals Service, and the investigating agency.  The United States Marshals Service or the investigating agency that obtained the arrest warrant is authorized to enter the arrest warrant into National Crime Information Center (NCIC).

Upon the arrest of the Defendant, the U.S. Attorney's office shall notify by email the Criminal Help Desk in the Clerk of Court's office that an arrest has

occurred[1] and the complaint shall be **UNSEALED** without further Order from the Court.

It is so **ORDERED**.

Signed this 17th day of February, 2026 .

_____
JOHN H. ENGLAND, III
United States Magistrate Judge

---

[1] The Criminal Help Desk email address is criminal_helpdesk@alnd.uscourts.gov.